UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

MARTIN GILLEN,

Plaintiff,

v.

JULIE WILLIAMS, *et al.*,

Defendants.

Case No. 3:25-cv-00613-ART-CSD

ORDER

Interested Party the Nevada Department of Corrections ("NDOC") has filed a motion for extension of time and to continue the Inmate Early Mediation ("IEM") scheduled in this 42 U.S.C. § 1983 civil-rights action brought by Nevada inmate Martin Gillen. (ECF No. 9.) The IEM is currently scheduled for November 17, 2026. (*See* ECF No. 8.) Counsel for NDOC explains that he was only recently assigned this case and that he has not had an opportunity to request relevant NDOC records or to draft a mediation statement. Counsel asks for an extension of 21 days to file the mediation brief. (ECF No. 9.) But counsel also says he is unlikely to be able to complete the brief "within the next few weeks." (*Id.* at 2.) Because the timeline for the mediation statement is uncertain, the Court vacates the IEM scheduled for November 17, 2026. The motion for extension of time is denied. Instead, the Court directs counsel for NDOC to file a status report by December 15, 2026, that advises the Court of the status of the mediation statement. When counsel enters a new notice of appearance, the Court will issue an order resetting the IEM.

IT IS THEREFORE ORDERED that the IEM scheduled for November 17, 2026, is VACATED.

IT IS FURTHER ORDERED that NDOC's motion to extend time (ECF No. 9) is DENIED as moot.

IT IS FURTHER ORDERED that counsel for NDOC file a status report on or before December 15, 2026.

DATED: November 6, 2026.

UNITED STATES MAGISTRATE JUDGE